77,577-02

Hamis Chande
ID: 1828317
Dalhart Unit
11950 FM 998
Dalhart, Tx 79022

January 28, 2015

Court of Criminal Appeals
P.O. BOX 12308
Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015
Abel Acosta, Clerk

Dear Sir or Madam:

RE: REQUESTING ACKNOWLEDGEMENT RECEIPT
OF MY PRO SE MOTION FOR RECONSIDERATION

IN *EX PARTE CHANDE*, No. WR-77,577-02

Refers to the above-entitled. I am writing to you and respectfully requests for an acknowledgement receipt of my pro se "Motion for Reconsideration" dated January 22, 2015. I need the receipt for my own records.

Thank you in advance for your attention in this request.

Respectfully Submitted,

Hamis Chande